# MEMORANDUM

TO: <u>Ona T. Wang</u>
     U.S. Magistrate Judge

FROM: <u>Mohammed Ahmed</u>
     U.S. Pretrial Services Officer

RE: USA v. Brian Smith
DOCKET #: 19-CR-00611-1

The attached memorandum was prepared by Pretrial Services Officer

| **Mohammed Ahmed** | **212-805-4327** |
|---|---|
| Name | Phone Number |

Pretrial Services is respectfully recommending that a hearing be scheduled before Your Honor and that he be remanded due to his continued noncompliance.

Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]     I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[ ]     My office will inform all parties concerned that I will conduct a Bail Review Hearing in

    Courtroom # _____ on _____ at _____ .
                          Date              Time

[ ]     So Ordered:_____

[X]     I request that a Bail Review Hearing be conducted by:

        [X]     The presiding Magistrate Judge in courtroom # 5A.

        [ ]     The District Court Judge presiding in Part I.

        [ ]     _____ at his/her earliest convenience.
                  Judicial Officer

*So ordered.*
*[signature]*
*Dec. 13, 2019*