

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

> **MEMO ENDORSED**

February 8, 2020

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **Application Granted.**
> The rescheduled hearing will be held on **April 21, 2020 at 10:00 a.m.**
>
> **SO ORDERED.**
>
> _____
> Ona T. Wang           2/10/2020
> U.S. Magistrate Judge

  Re: *United States v. Brian Smith*,
    19 Cr. 611 (OTW)

Dear Judge Wang:

  The Government writes, with consent of the defense, to request an adjournment of the sentencing currently scheduled for February 11, 2020, in the captioned case. As the Court may be aware, the defendant was arrested on or about December 16, 2019, on New York State charges and has been detained pending his next court appearance in that case, scheduled for February 18, 2020. Following that appearance, the Government will promptly seek a writ so that the defendant may be transferred to federal custody for the purpose of completing his interview by the United States Probation Office and for sentencing. To permit sufficient time for the defendant to be transferred to federal custody and for the Probation Office to conduct its presentence investigation report, the Government respectfully requests that the sentencing be adjourned for approximately 60 days to a time convenient for the Court.

            Respectfully submitted,

            GEOFFREY S. BERMAN
            United States Attorney

      By: <u>s/ Matthew Podolsky</u>
         Matthew Podolsky
         Assistant United States Attorney
         (212) 637-1947

cc: (by ECF)

   Counsel of Record