**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-----------------------------------------------------------x
UNITED STATES OF AMERICA,

                Plaintiff,

                -against-

BRIAN SMITH,

                Defendant.

-----------------------------------------------------------x

19-CR-611 (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

In light of the ongoing COVID-19 pandemic, the sentencing set for April 21, 2020 is hereby adjourned. The sentencing will be rescheduled to **June 23, 2020 at 10:00 a.m**. By **May 15, 2020**, Parties are directed to inform the Court whether a further adjournment is necessary.

**SO ORDERED.**

                                                          *s/ Ona T. Wang*

Dated: March 24, 2020                                   **Ona T. Wang**
      New York, New York                       United States Magistrate Judge