**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x

UNITED STATES OF AMERICA,

              Plaintiff,

              -against-

BRIAN SMITH,

              Defendant.

------------------------------------------------------------x

19-CR-611 (OTW)

**SCHEDULING ORDER**

**ONA T. WANG**, **United States Magistrate Judge:**

The parties' request for a further adjournment of the sentencing scheduled for June 23, 2020 is hereby **GRANTED**. A rescheduled hearing will be held on **September 16, 2020 at 10:30 a.m.** By September 2, 2020, the parties are directed to inform the Court whether a further adjournment is necessary.

      **SO ORDERED.**

Dated: May 18, 2020
       New York, New York

       *s/ Ona T. Wang*
       **Ona T. Wang**
       United States Magistrate Judge