

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*The Silvio J. Mollo Building*
*One Saint Andrew's Plaza*
*New York, New York 10007*

**MEMO ENDORSED**

September 2, 2020

**BY ECF**

The Honorable Ona T. Wang
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

> **SO ORDERED:**
>
> Application **GRANTED.**  Sentencing is rescheduled to 11/18/20 at 12 pm.
>
> _____
> **Ona T. Wang**            9/10/20
> United States Magistrate Judge

     **Re**:   *United States v. Brian Smith*,
            19 Cr. 611 (OTW)

Dear Judge Wang:

      The Government respectfully submits this letter on behalf of the parties, pursuant to the Court's Order entered on May 18, 2020, to advise the Court that the parties agree that ongoing public health concerns require an additional adjournment of the sentencing currently scheduled for September 16, 2020, in this case.  In light of the COVID-19 pandemic, the parties request that sentencing be adjourned to a date in November 2020 convenient to the Court.

                                  Respectfully submitted,

                                    GEOFFREY S. BERMAN
                                  United States Attorney

                    By:    s/ Matthew Podolsky
                                Matthew Podolsky
                                Assistant United States Attorney
                                (212) 637-1947

cc:    (by ECF)

        Counsel of Record