UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| UNITED STATES OF AMERICA | 19 Cr. 611 (KPF) |
|---|---|
| -v.- | 20 Cr. 236-1 (KPF) |
| BRIAN SMITH, | **ORDER** |
| Defendant. | |

KATHERINE POLK FAILLA, District Judge:

It is hereby ORDERED that whereas the Defendant, Brian Smith, USM #86614-054, has been sentenced in the above cases to a term of time served, the U.S. Marshals are to release the defendant unless any pending warrants, detainers or other issues are encountered.

SO ORDERED.

Dated:   March 26, 2021
         New York, New York

_____
KATHERINE POLK FAILLA
United States District Judge